# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EXPLORER 1 AMBULANCE & MEDICAL SERVICES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION, a Michigan corporation and Does 1- 20, inclusive,<br><br>Defendants. | Case No.: CV 17-4259-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(A)]**<br><br>**[50]** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the parties' Joint Stipulation of Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that the above-captioned action, in its entirety, is hereby dismissed <u>with prejudice</u>, with each party to bear its own fees and costs.

DATED: May 25, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE